IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DARRELL RAY EDWARDS,<br><br>Plaintiff. | No. C 15-01998 BLF (PR)<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |

On May 4, 2015, Plaintiff, a California prisoner, filed a letter complaining about the medical treatment at California Health Care Facility in Stockton, California. (Docket No. 1.) On the same day, the Clerk of the Court sent Plaintiff a notice that he must submit a complaint within twenty-eight days to avoid dismissal of the action; the Clerk included a copy of the court's form complaint. (Docket No. 2.) On May 15, 2015, Plaintiff filed a letter stating that he did not intend to file a formal complaint when he sent the April 29, 2015 letter, and requesting that the case be dismissed. (Docket No. 5.)

Good cause appearing, the Clerk shall ADMINISTRATIVELY CLOSE this case. Because this case was opened in error, no filing fee is due.

**IT IS SO ORDERED.**

DATED: June 8, 2015

BETH LABSON FREEMAN
United States District Judge

Order Administratively Closing Case
P:\PRO-SE\BLF\CR.15\01998Edwards_adminclose.wpd